No. 1000. SCUDDER & GERMAN v. PEARLSTEIN. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 1243. HOPKINS v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1297. BOARD OF EDUCATION OF NETCONG ET AL. v. STATE BOARD OF EDUCATION ET AL. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 1300. CURTIN, ADMINISTRATRIX v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 1321. MAKER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted and judgment reversed. *Thompson* v. *Louisville,* 362 U. S. 199 (1960).

No. 5311. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE HARLAN is of the opinion that certiorari should be granted, judgment vacated, and case remanded for reconsideration in light of his opinion in *Welsh* v. *United States,* 398 U. S. 333, 344 (1970), and *Gillette* v. *United States, ante,* p. 437.